LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A *Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

*Attorney for Defendant*
ERIC J. MANDELL

FILED
DISTRICT COURT OF GUAM
JUL 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERIC J. MANDELL, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. CR05-00045 <br><br> WAIVER AND CONSENT TO DETERMINATION OF DRUG QUANTITY AMOUNTS |

Defendant, **ERIC J. MANDELL**, having been advised his right to seek determination of the drug quantity amount by a jury in the above criminal case, hereby acknowledges, and waives his right to seek the drug quantity amount to be made by a jury; Defendant thereby consents to a determination of these amounts to be made by a judge at the time of his sentencing in this matter.

Dated this 15th day of July, 2005.

7-15-05
DATE

ERIC J. MANDELL
*Defendant*

7-15-05
DATE

CYNTHIA V. ECUBE, ESQ.
*Attorney for Defendant*

| | | LEONARDO M. RAPADAS |
|---|---|---|
| 1 | | United States Attorney |
| 2 | | Districts of Guam and CNMI |

7/15/05          By:    _____
DATE                    MARIVIC P. DAVID
                        Assistant U.S. Attorney

APPROVED AND SO ORDERED this 15th day of July, 2005.

_____
JOAQUIN V. E. MANIBUSAN, JR.
Judge, District Court of Guam