# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

**CASE NO. CR-05-00045**  **DATE: 07/15/2005**  **TIME: 11:44 p.m.**

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge  Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles  Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 11:44:58 - 112:15:19  CSO: F. Tenorio

**************************APPEARANCES**************************

**DEFT: ERIC J. MANDELL**  **ATTY: CYNTHIA V. ECUBE**
(X) PRESENT  ( ) CUSTODY  ( ) BOND  (X) P.R.  (X) PRESENT  ( ) RETAINED  ( ) FPD  (X) CJA APPOINTED

**U.S. ATTORNEY:** MARIVIC DAVID and MIKEL SCHWAB  **AGENT:**

**U.S. PROBATION:** MARIA CRUZ  **U.S. MARSHAL:** W. GRAY

**PROCEEDINGS:  CHANGE OF PLEA  (SEALED)**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED:  AGE: 39  SCHOOL COMPLETED: Associates of Applied Science
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE  ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
(X) PLEA ENTERED: (X) GUILTY  ( ) NOT GUILTY - TO: Charges in the Indictment
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
(X) PLEA AGREEMENT FILED: NO WRITTEN PLEA AGREEMENT  PLEA: (X) ACCEPTED ( ) REJECTED
( ) COURT ORDERS PLEA AGREEMENT SEALED
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ (X) STATUS HEARING: October 24, 2005 at 10:00 a.m.
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )PROCESSING ( )DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
(X) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The Court noted that the defendant signed a written consent for plea before a Magistrate Judge. The Court stated that the defendant waived his right to jury determination of drug quantity and executed the Waiver and Consent submitted by defense.

Defendant entered a straight up plea of Guilty to the charges in the Indictment. The Court executed the Report and Recommendation Concerning Plea of Guilty.