# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Eric J. Mandell,<br><br>        Defendant. | Case No. 1:05-cr-00045 *SEALED*<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order, filed August 12, 2005*** on the dates indicated below:

*U.S. Attorney's Office*                  *Cynthia V. Ecube*
*August 16, 2005*                       *August 18, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

***Order, filed August 12, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 18, 2005                   /s/ Virginia T. Kilgore
                                                           Deputy Clerk