LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ericmandell6stp

**FILED**
DISTRICT COURT OF GUAM
OCT 24 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ERIC J. MANDELL,  )<br>  )<br>            Defendant.  )<br>  ) | CRIMINAL CASE NO. 05-00045<br><br>**ORDER VACATING STATUS HEARING; UNSEALING RECORD AND SETTING SENTENCING DATE** |

**IT IS SO ORDERED** that the Status Hearing currently scheduled for October 24, 2005, is hereby vacated, the record ordered unsealed, and sentencing is set for January 18, 2006, at 9:45 a.m.[1] The presentence report shall be provided to the parties by November 29, 2005. The parties shall file their responses to the presentence report no later than December 13, 2005. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than December 27, 2005.

DATE: October 24, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

---

[1] The Honorable Donald W. Molloy, United States Chief District Judge for the District of Montana, shall preside over the sentencing hearing.