FILED
DISTRICT COURT OF GUAM
OCT 28 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00045 |
| Plaintiff, | |
| vs. | |
| ERIC J. MANDELL, | **ORDER** |
| Defendant. | |

The Court hereby amends its October 24, 2005, Order (Docket No. 20) and re-schedules sentencing herein to February 15, 2006, at 9:00 a.m.[1] The presentence report shall be provided to the parties by December 19, 2005. The parties shall file their responses to the presentence report no later than January 3, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than January 17, 2006.

SO ORDERED this 28th day of October 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

---

[1] The Honorable Larry Alan Burns, United States Chief District Judge for the Southern District of California, shall preside over the sentencing hearing.