# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Eric J. Mandell, <br><br> Defendant. | Case No. 1:05-cr-00045 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Setting Hearing filed October 28, 2005*, on the dates indicated below:

*U.S. Attorney's Office*  *Cynthia Ecube*     *U.S. Probation Office*  *U.S. Marshals Service*
*October 31, 2005*        *November 1, 2005*  *October 31, 2005*       *October 31, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order Setting Hearing filed October 28, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 1, 2005                            /s/ Leilani R. Toves Hernandez
                                                      Deputy Clerk