

**FILED**
DISTRICT COURT OF GUAM
DEC - 9 2005 ?f
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATE DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ERIC JOSEPH MANDELL ) <br> ) <br> Defendant. ) <br> _____ ) | USDC Cs. No.: 05-00045-001 <br><br> **REQUEST FOR CONTINUANCE OF THE PRESENTENCE INVESTIGATION REPORT AND SENTENCING DATE** |

On July 15, 2005, the defendant, Eric Joseph Mandell, pled guilty to an Indictment that charged him with the offense, to wit: <u>Count I:</u> Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1) and <u>Count 2:</u> Forfeiture Allegation, in violation of 21 U.S.C. § 853. The court set Sentencing for February 15, 2006, and the U.S. Probation Office was ordered to submit a presentence report to the parties on December 19, 2005 and the Court on October January 17, 2006. The defendant is currently released on personal recognizance with conditions.

The probation officer is requesting that Court continue sentencing in this matter for forty-five days. The defendant missed several appointments to meet with this officer, therefore the continuance is necessary for the probation officer to research the defendant's off-island criminal and personal history. Both parties have no objections to a continuation.

RESPECTFULLY submitted this ___7TH___ day of December 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
STEPHEN P. GUILLIOT
U.S. Probation Officer

Approved by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

DEC. 9, 2005
DATE

cc: Karon V. Johnson, AUSA
Cynthia Ecube, Defense Counsel

**ORIGINAL**