1  FRANK MICHAEL CRUZ
   Chief Probation Officer
2  STEPHEN P. GUILLIOT
   U.S. Probation Officer
3  2nd Floor, U.S. Courthouse
   520 West Soledad Avenue
4  Hagåtña, Guam 96910
   Telephone:  (671) 473-9201
5  Facsimile:  (671) 473-9202

FILED
DISTRICT COURT OF GUAM
DEC 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERIC JOSEPH MANDELL, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00045-001 <br><br><br><br><br> **ORDER** |

Upon request of the U.S. Probation Office, to which the parties have no objection, the sentencing hearing is hereby moved from February 15, 2006, to March 14, 2006, at 9:45 a.m. The presentence report shall be provided to the parties no later than January 24, 2006. The parties shall file their responses to the presentence report no later than February 7, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than February 21, 2006.

SO ORDERED this 15th day of December 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**