# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>   Plaintiff,<br><br>vs.<br><br>Eric J. Mandell,<br><br>   Defendant. | Case No. 1:05-cr-00045<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order filed December 15, 2005,* on the dates indicated below:

*U.S. Attorney's Office* *Cynthia V. Ecube* *U.S. Probation Office* *U.S. Marshals Service*
*December 16, 2005* *December 16, 2005* *December 16, 2005* *December 16, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order filed December 15, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 16, 2005       /s/ Leilani R. Toves Hernandez
                        Deputy Clerk