LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email address: ecubelaw@netpci.com

*Attorney for Defendant*
ERIC JOSEPH MANDELL

**FILED**
DISTRICT COURT OF GUAM
DEC 27 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR05-00045-001 |
| ) | |
| *Plaintiff,* ) | |
| ) | STIPULATION OF PARTIES TO |
| vs. ) | CONTINUE SENTENCING HEARING |
| ) | |
| ERIC JOSEPH MANDELL, ) | |
| ) | |
| *Defendant.* ) | |

The Parties hereby request this Honorable Court to continue the sentencing hearing in this matter, which is presently set for March 14, 2006 at 9:45 A. M.

This Stipulation is made at the request of counsel for Defendant, Cynthia V. Ecube, Esq., who will be off-island from March 3, 2006 to March 15, 2006 in order to attend a Federal Criminal Justice Panel Conference in San Diego, California, and the USA Assistant Attorney, Karon V. Johnson, Esq., handling this matter will be off-island from March 20, 2006 to March 26, 2006, and therefore, the Parties' respectively submits this request to set the sentencing hearing date after March 26, 2006.

**SO STIPULATED:**

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*

Dated: 12/23/05          By: _____
CYNTHIA V. ECUBE, ESQ.
*Attorney for Defendant*

LEONARDO M. RAPADAS, ESQ.
United States Attorney
Districts of Guam and NMI

Dated: 12/27/05          By: _____
KARON V. JOHNSON, ESQ.
*Assistant U. S. Attorney*

***ORDER***

**IT IS APPROVED AND SO ORDERED** that the sentencing hearing scheduled for March 14, 2005 is hereby continued to _____ at _____ A. M./ P. M.

SO ORDERED: This _____ day of _____, 2005.

_____
Designated Judge, District Court of Guam

CVE/gpm
L:\...\CLIENTS\CVE CLIENTS\Mandell, Eric\Stipulation 2 & Order 12.23.05

# CERTIFICATE OF SERVICE

I, **GENEVIEVE P. MESA**, Legal Secretary, working in the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 27th day of December, 2005, I caused to be served by facsimile and personal service a copy of "Stipulation of Parties to Continue Sentencing Hearing" in Criminal Case No. CR05-00045-001 to:

**KARON V. JOHNSON, ESQ.**
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7334

_____
Legal Secretary

CVE/gpm
L:\...\CLIENTS\CVE-CLIENTS\Mandell, Eric J\Stipulation & Order 12/23/05