

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00045 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | Re: Stipulation of Parties to Reschedule Sentencing Hearing |
| ERIC J. MANDELL, | ) | |
| Defendant. | ) | |

On December 27, 2005, the parties filed a stipulation to continue the defendant's sentencing, then set for March 14, 2006 because defense counsel will be off-island attending a conference through March 15, 2006. (Stipulation, Docket No. 26.) Accordingly, the Court hereby reschedules the matter for sentencing on March 16, 2006 at 1:30 p.m. All previous deadlines imposed with respect to the presentence report remain in full force and effect.

SO ORDERED this 29th day of December, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**