ericmandellpsr

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
FEB -7 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00045 |
| Plaintiff, ) | **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |
| vs. ) | |
| ERIC J. MANDELL, ) | |
| Defendant. ) | |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above-named defendant, with one clarification. At paragraph 38, page 8-9 of the Presentence Report, the amount of ice to which defendant pled guilty is mentioned as 9.4 grams and "two kilograms gross weight." Defendant pled guilty to Count I, which charges "approximately two kilograms net weight." In addition, the government will be requesting that the judgment in this matter reflect the forfeiture of the properties listed in Count II, $583 in United States currency, and a 2003 Toyota Pre-Runner, as further specified therein.

In addition, the United States of America, plaintiff, by and through the undersigned counsel Karon V. Johnson, Assistant United States Attorney, moves this Honorable Court for a one level departure downward from the guidelines sentencing level pursuant to USSG § 3E1.1(b) because the defendant timely notified the government of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the court to allocate

its resources efficiently. Accordingly, defendant's total offense level will be 35, as accurately reflected in the Presentence Report.

RESPECTFULLY SUBMITTED this  7th  day of February, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *signature*
KARON V. JOHNSON
Assistant U.S. Attorney