FILED
DISTRICT COURT OF GUAM
FEB 2 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 05-00045-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | INFORMATIONAL |
| | ) | VIOLATION REPORT |
| ERIC JOSEPH MANDELL | ) | |
| Defendant. | ) | |

Re: Violation of Pretrial Release Conditions; No Action Requested

On July 15, 2005, the defendant, Eric Joseph Mandell, pled guilty to an Indictment that charged him with the offense, to wit: <u>Count I:</u> Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2; and <u>Count 2:</u> Forfeiture Allegation, in violation of 21 U.S.C. § 853. The Court set sentencing for March 16, 2006.

Eric Mandell was released to pretrial supervision on June 3, 2005, under the following conditions: report to the U.S. Probation Office and the Drug Enforcement Administration as directed; maintain or actively seek employment; surrender his passport to the Clerk of Court of the U.S. District Court of Guam; obtain no passport; not leave Guam without the permission of the Court; refrain from possessing a firearm, destructive device or other dangerous weapons; refrain from any use of alcohol; refrain from any unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a licensed practitioner; submit to drug testing; and not change residence without notifying the District Court and the U.S. Probation Officer.

**Special Condition:** *Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.* On December 21, 2005, Mr. Mandell reported to the U.S. Probation Office as instructed for a compliance meeting. He was notified that he failed to report for urinalysis on December 2, and 10, 2006. In addition, Mr. Mandell failed to submit any reason for the violations to the U.S. Probation Office. At the compliance meeting, he stated that he missed the urinalysis appointment on December 2, 2006, because of transportation problems. He had no valid reason for failing to report this to the

INFORMATIONAL VIOLATION REPORT
Violation of Pretrial Release Conditions; No Action Requested
Re: MANDELL, Eric Joseph
USDC Cr. Cs. No. 05-00045-001
February 23, 2006
Page 2

probation officer on the following day. Mr. Mandell then stated that he simply forgot about the urinalysis appointment on December 10, 2006. Mr. Mandell was re-advised of the testing requirements and the importance of communicating any problems to the U.S. Probation Office. He apologized for his non-compliance and assured no further violations would occur.

On February 15, 2006, Mr. Mandell reported as instructed to the U.S. Probation Office to discuss a failure to report for urinalysis on February 13, 2006. He explained that he had worked an extra long shift at work on Sunday, February 12, 2006, and simply forgot to call the urinalysis bulletin, thereby missing notification of the urinalysis appointment announced for the following day. Mr. Mandell acknowledged that forgetting his bail requirements is not a valid excuse for his violations. He again apologized and assured full compliance. Mr. Mandell was informed that continued noncompliance will result in a hearing to reconsider his release.

**Supervision Compliance:** Except as outlined above, Mr. Mandell has complied with pretrial release conditions. He also maintains employment as a Guest Service Attendant at the Mangilao Golf Course in Mangilao, Guam.

**Recommendation:** The probation officer respectfully recommends that the Court take no action at this time. Mr. Mandell has been returned to day one, Phase I, of the drug testing program, and he will continue to be monitored. Any further violations will be reported to the Court accordingly.

RESPECTFULLY submitted this 23rd day of February 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon V. Johnson, AUSA
Cynthia V. Ecube, FPD
File