**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Eric J. Mandell*

**FILED**
DISTRICT COURT OF GUAM
FEB 28 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE CR05-00045 |
| Plaintiff, | |
| vs. | SUBSTITUION OF ATTORNEY |
| ERIC J. MANDELL, | |
| Defendant. | |

Defendant, ERIC J. MANDELL, hereby substitutes the Law Office of LUJAN AGUIGUI & PEREZ LLP as Attorney of Record in place of the Law Office of Cynthia V. Ecube.

Dated: 2/27/06

_____
ERIC J. MANDELL,

The Law Office of CYNTHIA V. ECUBE agree to the above substitution and hereby withdraw as Attorney of Record for Defendant herein.

Dated: 2/27/06

LAW OFFICE OF CYNTHIA V. ECUBE
ATTORNEY FOR DEFENDANT.

BY: _____
CYNTHIA V. ECUBE

Substitution of Attorney
USA vs. ERIC J. MANDELL
CR05-00045

1     The Law Offices of LUJAN AGUIGUI & PEREZ hereby enters its appearance as Attorney

2 of Record for Defendant herein.

3     Dated: 02/27/06

                                  LUJAN AGUIGUI & PEREZ LLP
                                  ATTORNEYS FOR DEFENDANT.

                                  BY: _____,
                                      DAVID J. LUJAN.

Substitution of Attorney
USA vs. ERIC J. MANDELL
CR05-00045