**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Eric J. Mandell*

**FILED**
DISTRICT COURT OF GUAM
FEB 28 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>ERIC J. MANDELL,<br><br>Defendant. | CRIMINAL CASE NO. CR05-00045<br><br>**STIPULATION FOR CONTINUANCE** |

The parties in the above-entitled matter, the United States of America through Karon V. Johnson, Esq. and Defendant Eric J. Mandell, through his counsel, Peter C. Perez, Esq., hereby stipulate to continue the deadline of the Presentence Investigation Report and the Sentencing hearing currently scheduled for March 16, 2006 at 11:00 a.m., to dates sometime in April, 2006. The defense requests this continuance for the following reasons:

1. Defense counsel was recently retained and on February 28, 2006 submitted a Substitution of Counsel; and

2. Defense counsel needs additional time to prepare for the sentencing; and

3. To address any further issues which may affect the sentencing.

IT IS SO STIPULATED this 28th day of February, 2006:

**LUJAN AGUIGUI & PEREZ LLP**

_____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Eric J. Mandell*

**LEONARDO M. RAPADAS**
United States Attorney

_____
**KARON V. JOHNSON, ESQ.**
*Assistant U.S. Attorney*