LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Eric J. Mandell*

**FILED**
DISTRICT COURT OF GUAM
MAR 01 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE CR05-00045 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ERIC J. MANDELL, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that Defendant, ERIC J. MANDELL, substitutes the Law Office of LUJAN AGUIGUI & PEREZ LLP as retained counsel in place of the Law Office of Cynthia V. Ecube.

SO ORDERED this 1st day of March 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

**ORIGINAL**

ORDER
USA vs. ERIC J. MANDELL
CR05-00045