LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Eric J. Mandell*

**FILED**
DISTRICT COURT OF GUAM
MAR - 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>ERIC J. MANDELL,<br><br>Defendant. | CRIMINAL CASE NO. CR05-00045<br><br>**ORDER**<br>Granting First Stipulation<br>For Continuance |

Whereas, the Stipulation for Continuance was filed on February 28, 2006;

Whereas, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premises, NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Stipulation for Continuance is hereby granted. The new dates are set out as follows:

1. The Presentence Report responses shall be filed by March 10, 2006;

2. The final Presentence Report shall be submitted to the Court and the parties by March 24, 2006; and

3. The sentencing hearing previously set for March 16, 2006, shall be continued to April 13, 2006, at 10:30 a.m.

Dated: March 1, 2006

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

ORIGINAL