
IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) | CRIMINAL CASE NO. 05-00045-001 |
| vs. | )<br>) | INFORMATIONAL VIOLATION REPORT |
| ERIC JOSEPH MANDELL<br>Defendant. | )<br>)<br>)<br>) | |

Re:   **Violation of Pretrial Release Conditions; No Action Requested**

On July 15, 2005, the defendant, Eric Joseph Mandell, pled guilty to an Indictment that charged him with the offense, to wit: <u>Count I:</u> Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2; and <u>Count 2:</u> Forfeiture Allegation, in violation of 21 U.S.C. § 853. Sentencing is presently scheduled for April 13, 2006.

Eric Mandell was released to pretrial supervision on June 3, 2005, under the following conditions: report to the U.S. Probation Office and the Drug Enforcement Administration as directed; maintain or actively seek employment; surrender his passport to the Clerk of Court of the U.S. District Court of Guam; obtain no passport; not leave Guam without the permission of the Court; refrain from possessing a firearm, destructive device or other dangerous weapons; refrain from any use of alcohol; refrain from use or any unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a licensed practitioner; submit to drug testing; and not change residence without notifying the District Court and the U.S. Probation Officer. An Informational Violation report was filed on February 24, 2006 notifying the Court of the defendant's failure to report for urinalysis on three occasions.

**Special Condition:** *The defendant shall refrain from use or any unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a licensed practitioner.* On March 9, 2006, Eric Mandell reported for urinalysis and tested presumptive positive for the use of methamphetamine. He denied any drug use, and the test sample was sent to Scientific Testing Laboratories for further analysis. On March 23, 2006, results returned from the laboratory confirmed

INFORMATIONAL VIOLATION REPORT
Violation of Pretrial Release Conditions; No Action Requested
Re: MANDELL, Eric Joseph
USDC Cr. Cs. No. 05-00045-001
April 3, 2006
Page 2

the defendant's use of methamphetamine. Further, laboratory results indicated the test sample was "Diluted". Diluting one's urine sample (usually achieved by consuming excessive quantities of water or other liquids prior to a drug test) is a practice by drug users in an attempt to "wash-out" illegal substances from their urine, thereby evading drug use detection. On March 27, 2006, Mr. Mandell reported as instructed to the U.S. Probation Office for a compliance meeting. Upon being presented with laboratory results, he admitted to using methamphetamine as well as to diluting his urine sample (on March 23, 2006). Mr. Mandell explained that he used the drug in order to cope with stress brought upon him by his upcoming sentencing hearing. He apologized for his violation and related that he has begun attending drug/alcohol support group meetings to address his problems. Further, he agreed to report to the probation officer weekly for additional guidance and instruction.

**Supervision Compliance:** Except as outlined above, Mr. Mandell has complied with pretrial release conditions. He also maintains employment as a Guest Service Attendant at the Mangilao Golf Course in Mangilao, Guam.

**Recommendation:** Given that Eric Mandell's sentencing hearing is fast-approaching (April 13, 2006), this Officer respectfully recommends that the Court consider the above violations at sentencing. Mr. Mandell has been returned to day one, Phase I, of the drug testing program, and he will continue to be monitored through increased office visits. Any further violations will be reported to the Court accordingly.

RESPECTFULLY submitted this 3rd day of April 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon V. Johnson, AUSA
David J. Lujan, Defense Counsel
File