**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Eric J. Mandell*

FILED
DISTRICT COURT OF GUAM
APR - 7 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00045 |
|---|---|
| vs. | |
| ERIC J. MANDELL, | STIPULATION FOR CONTINUANCE |
| Defendant. | |

The parties in the above-entitled matter, the United States of America through Karon V. Johnson, Esq. and Defendant Eric J. Mandell, through his counsel, Peter C. Perez, Esq., hereby stipulate to continue the sentencing currently scheduled for April 13, 2006 at 10:30 a.m. to a date no earlier than two (2) weeks later, and excluding dates in May, to a date to be determined by the Court for the following reasons:

1. Defense counsel due to scheduling demands needs to continue the sentencing in order to be adequately and properly prepared to proceed. These scheduling demands include, but are not limited to, the following:

    a. Defense counsel has been and will be in mediation proceedings from April 6, 2006 through April 8, 2006.

    b. Defense counsel will be in trial preparations on April 12, 2006 and April 13, 2006 for a trial that begins on April 14, 2006.

2. This sentencing is expected to be evidentiary in nature and will likely be lengthy.

---

| | |
|---|---|
| 1 | IT IS SO STIPULATED this 6th day of April, 2006: |
| 2 | |

| LUJAN AGUIGUI & PEREZ LLP | LEONARDO M. RAPADAS |
|---|---|
| | United States Attorney |
| *signature* | *signature* |
| **PETER C. PEREZ, ESQ.** | **KARON V. JOHNSON, ESQ.** |
| *Attorney for Defendant Eric J. Mandell* | *Assistant U.S. Attorney* |

Page 2 of 2

USA v. Eric J. Mandell
Criminal Case No. CR05-00045
Stipulation for Continuance