1   **LUJAN AGUIGUI & PEREZ LLP**
    Attorneys at Law
2   Pacific News Building, Suite 300
    238 Archbishop Flores Street
3   Hagåtña, Guam 96910
    Telephone (671) 477-8064/5
4   Facsimile (671) 477-5297

5   *Attorneys for Defendant Eric J. Mandell*

**FILED**
DISTRICT COURT OF GUAM
APR 11 2006
**MARY L.M. MORAN**
**CLERK OF COURT**

6               IN THE UNITED STATES DISTRICT COURT

7                  FOR THE DISTRICT OF GUAM

8   UNITED STATES OF AMERICA,          CRIMINAL CASE NO. CR05-00045
9
                    vs.
10                                     **ORDER GRANTING STIPULATION**
11  ERIC J. MANDELL,                   **FOR CONTINUANCE**
12              Defendant.
13

14          Whereas, the Stipulation for Continuance was filed on April 7, 2006.

15          Whereas, the Court having reviewed the record of the proceedings and papers filed herein,

16  and being fully apprised in the premises, NOW THEREFORE,

17          **IT IS HEREBY ORDERED** that the Stipulation for Continuance is hereby granted.  The

18  previous sentencing date of April 13, 2006 at 10:30 a.m. shall be continued until June 6, 2006 at

19
20  9:30 a.m.

21          **SO ORDERED** this // day of April, 2006.

22
23                                     Roger T. Benitez[*]
                                       District Court of Guam
24
25
26
27          [*] The Honorable Roger T. Benitez, United States District Judge for Southern District of
    California, by designation.
28
                           **ORIGINAL**