LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Eric J. Mandell*

**FILED**
DISTRICT COURT OF GUAM
JUN - 6 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00045 |
| vs. | NOTICE CONCERNING DRUG QUANTITY |
| ERIC J. MANDELL, | |
| Defendant. | |

Provided the Government maintains its position that the drug quantity attributable to the Defendant for sentencing purposes shall be fifty (50) grams of methamphetamine, and no greater amount, the Defendant will agree that this is the quantity to be attributed to him for sentencing purposes.[1]

**RESPECTFULLY SUBMITTED** this 6th day of June, 2006.

LUJAN AGUIGUI & PEREZ LLP

By: /s/ Peter C. Perez

**PETER C. PEREZ, ESQ.**
*Attorneys for Defendant Eric J. Mandell*

---

[1] Should the Government proceed to an evidentiary hearing and attempt to prove an amount greater than fifty (50) grams, the Defendant reserves the right to challenge all quantity amounts, including the fifty (50) grams.