# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>vs.<br><br>Eric J. Mandell,<br><br>    Defendant. | Case No. 1:05-cr-00045<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order re Evidentiary Hearing filed June 7, 2006*, on the dates indicated below:

*U.S. Attorney's Office*   *Peter C. Perez*   *U.S. Probation Office*   *U.S. Marshals Service*
*June 8, 2006*             *June 9, 2006*     *June 9, 2006*            *June 7, 2006*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order re Evidentiary Hearing filed June 7, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: June 9, 2006                            /s/ Leilani R. Toves Hernandez
                                                    Deputy Clerk