# UNITED STATES DISTRICT COURT
### DISTRICT OF GUAM

UNITED STATES OF AMERICA,

    Defendant,

v.

ERIC J. MANDELL,

    Plaintiff.

**SUBPOENA IN A CRIMINAL CASE**

Case Number: CR05-00045

**FILED**
DISTRICT COURT OF GUAM
JUN 12 2006
MARY L.M. MORAN
CLERK OF COURT

TO: **SGT. PETER S.N. OFECIAR**
Guam Police Department
Tiyan, Guam

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| **U.S. DISTRICT COURT OF GUAM** 520 West Soledad Avenue Hagåtña, Guam 96910 | 4th Floor, Room 413 |
| | **DATE AND TIME** JUNE 15, 2006 @ 9:00 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT **Mary L. M. Moran** (By) Deputy Clerk /s/ Shirlene A. Ishizu | DATE JUN - 8 2006 |
|---|---|

ORIGINAL

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Peter C. Perez, Esq.
**LUJAN AGUIGUI & PEREZ LLP**     Telephone Number: (671) 477-8064/5
Suite 300, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | JUNE 9, 2006 | 300 PACIFIC NEWS BLDG HAGATNA |
| SERVED | DATE 5:05 PM JUNE 9, 2006 | PLACE OUTRIGGER HOTEL SAN JOSE BALL RM. |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| PETE SN OFECIAR | ☐ YES ☒ NO   ☐ YES ☐ NO   AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| EDWARD G. PEREZ | PROCESS SERVER |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___JUNE 9, 2006___
　　　　　　　　　　DATE

SIGNATURE OF SERVER

157 KOLEPBLA CT WWHILS YONA
ADDRESS OF SERVER

157 KOLEPBLA CT. WWHILS YONA

ADDITIONAL INFORMATION

$ 50.00 SERVICE CHARGE