


DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**CONTINUED SENTENCING**

FILED
DISTRICT COURT OF GUAM
JUN 15 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00045**          **DATE: June 15, 2006**

***

**HON. JOHN A. HOUSTON, Designated Judge**          Law Clerk: None Present
Court Reporter: Wanda Miles                          Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 9:42:42 - 10:43:40; 1:39:00 - 1:59:45     CSO: F. Tenorio
2:13:20 - 2:18:12
(Sealed Portion: 9:46:19 - 10:33:16; 12:41:13 - 1:39:00)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:  ERIC J. MANDELL**                          **ATTY:  PETER C. PEREZ**
( X ) PRESENT ( ) CUSTODY  ( ) BOND  ( X ) P.R.     ( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                        AGENT:

U.S. PROBATION: STEVE GUILLIOTT                     U.S. MARSHAL: NONE PRESENT

***

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
  BASE OFFENSE LEVEL:   32      TOTAL OFFENSE LEVEL:   28      CRIMINAL HISTORY CATEGORY: II

  NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

(  ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

The courtroom was sealed for an Evidentiary Hearing. Witnesses were called by defense, sworn and examined. The Court continued the matter until 12:30 p.m. to hear further argument by counsel and render sentence.

Defense argued for a downward departure for substantial assistance. Rebuttal by the Government. The Court Granted the departure for substantial assistance and departed one level.

Defense moved/argued for the following:

- Defendant's Criminal History Category is II. The Probation Officer confirmed it is a Category II
- Minimal Role Adjustment of four levels or the next highest amount the Court can impose - Denied
- 5K2.0 Departure to a Level 24, Category II - Denied.
- Self-surrender to the designated Bureau of Prisons - Denied
- Judicial recommendation to a facility in Oregon or California - Granted.

No further written order will be forthcoming on the Court's rulings.

SENTENCE: CR-05-00045         DEFENDANT: ERIC J. MANDELL

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM  108 months  .

( X )   COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT Oregon or California .

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF: 5 YEARS, UNDER THE STANDARD CONDITIONS IMPOSED BY THE U.S. PROBATION OFFICER.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING SPECIAL CONDITIONS:

1. DEFENDANT SHALL NOT POSSESS FIREARM, DANGEROUS WEAPON, OR OTHER DESTRUCTIVE DEVICES.

2. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, OR LOCAL CRIME, OTHER THAN MINOR TRAFFIC OFFENSES.

3. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES.

4. DEFENDANT SHALL SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM CUSTODY, AND UP TO EIGHT DRUG TESTS PER MONTH THEREAFTER, AT THE DISCRETION OF THE PROBATION OFFICER.

5. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE PROBATION OFFICER.

6. DEFENDANT SHALL REFRAIN FROM THE USE OF ANY AND ALL ALCOHOLIC BEVERAGES.

7. DEFENDANT IS REQUIRED TO PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE WHICH MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED BACK TO THE USE OF DRUGS OR ALCOHOL. DEFENDANT SHALL MAKE A CO-PAYMENT FOR TREATMENT AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

8. DEFENDANT SHALL PARTICIPATE IN MENTAL HEALTH COUNSELING OR TREATMENT AS DIRECTED BY THE U.S. PROBATION OFFICE, FOLLOW ALL DIRECTIONS OF THE PSYCHIATRIST OR PHYSICIAN, TAKE ALL MEDICATION AS PRESCRIBED, AND NOT DISCONTINUE ANY MEDICATION THAT IS PRESCRIBED. THE PROBATION OFFICER, AT THEIR DISCRETION, IS AUTHORIZED TO RELEASE THE PRESENTENCE REPORT TO ANY HEALTHCARE PROVIDER. THE DEFENDANT SHALL MAKE A CO-PAYMENT FOR TREATMENT AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

9. DEFENDANT SHALL PERFORM 300 HOURS OF COMMUNITY SERVICE AS DIRECTED AND APPROVED BY THE U.S. PROBATION OFFICE.

ALL FINES WERE WAIVED BY THE COURT. DEFENDANT WAS ORDERED TO PAY A SPECIAL ASSESSMENT FEE OF $100.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

COURT STATED THE JUSTIFICATION OF THE SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HIS APPEAL RIGHTS.

DEFENDANT WAS REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

COURTROOM DEPUTY: _____