# DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Eric J. Mandell, <br><br> Defendant. | Case No. 1:05-cr-00045 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment and the Notice of Entry of Order filed June 19, 2006*, on the dates indicated below:

| *U.S. Attorney's Office* | *Peter C. Perez* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *June 19, 2006* | *June 19, 2006* | *June 19, 2006* <br> *(Judgment only)* | *June 20, 2006* <br> *(Judgment only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment and the Notice of Entry of Order filed June 19, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: June 20, 2006                     /s/ Leilani R. Toves Hernandez
                                                             Deputy Clerk