**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Eric J. Mandell*

**FILED**
DISTRICT COURT OF GUAM
JUN 20 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00045 |
| vs. | |
| ERIC J. MANDELL, | **MOTION TO ALLOW DEFENDANT EXPEDITED VISITATION, and NON-OBJECTION BY GOVERNMENT** |
| Defendant. | |

COMES NOW *ex parte* Defendant ERIC J. MANDELL through his counsel Peter C. Perez, Esq., of the law of LUJAN AGUIGUI & PEREZ LLP, and moves the Court to allow the Defendant expedited visitation with his father Elliott J.P. Mandell, his mother Rosario Mandell, his wife Aja Mandell and such other persons as Defendant may include on his visitation list and are approved by the United States Attorney's office.

Dated this 19th day of June, 2006.

LUJAN AGUIGUI & PEREZ LLP

PETER C. PEREZ, ESQ.
*Attorney for Defendant Eric J. Mandell*

