EMandell.MDF

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN 22 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERIC J. MANDELL, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00045 <br><br> **UNITED STATES MOTION TO DISMISS FORFEITURE ALLEGATION** |

COMES NOW the United States and hereby moves this Honorable Court to dismiss Count II of the above-entitled Indictment, charging forfeiture of $583.00 in U.S. currency and a 2003 Toyota Pre-Runner Double Cab Pickup Truck, VIN 5TEGM92N73Z188536. The United States makes this motion for the reason that the Drug Enforcement Administration did not seize these items during the course of this investigation, and is not seeking a forfeiture of them.

Respectfully submitted this 22nd day of June, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney