LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Eric J. Mandell*

**FILED**
DISTRICT COURT OF GUAM

JUN 23 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00045 |
| vs. | |
| ERIC J. MANDELL, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF DEFENDANT ERIC J. MANDELL'S MOTION TO ALLOW DEFENDANT EXPEDITED VISITATION, AND NON-OBJECTION BY GOVERNMENT**

Defendant Eric J. Mandell withdraws his motion, filed June 20, 2006, to allow Defendant expedited visitation, and non-objection by government in this action.

Dated this 23rd day of June, 2006.

LUJAN AGUIGUI & PEREZ LLP

By: _____
PETER C. PEREZ, ESQ.

*Attorneys for Defendant Eric J. Mandell*

ORIGINAL

United States of America vs. Eric J. Mandell
Criminal Case No. CR05-00045
M-0047/wi
Case 1:05-cr-00045   Document 59   Filed 06/23/2006   Page 1 of 1