LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 26 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00045 |
| Plaintiff, | |
| vs. | **ORDER RE DISMISSING FORFEITURE ALLEGATION** |
| ERIC J. MANDELL, | |
| Defendant. | |

Based on the government's Motion to Dismiss the Forfeiture Allegation filed on June 22, 2006,

**IT IS HEREBY ORDERED** that Count II, Forfeiture Allegation, of the Indictment filed on June 1, 2005 is hereby dismissed.

**SO ORDERED** this 26 day of June, 2006.

WM. FREMMING NIELSEN
Designated Judge
District Court of Guam